FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC - 7 2016

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 4:16CR 00263 BSM |
| vs. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| JAMEL CAIN | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. Prior to July 16, 2016, the defendant,

JAMEL CAIN,

had previously been convicted as follows:

1. In Pulaski County Circuit Court for theft of property, in criminal case CR-2004-004579;

2. In Jefferson County Circuit Court for theft by receiving, in criminal case CR-2004-1161-2;

3. In Jefferson County Circuit Court for theft of property, robbery, aggravated assault, battery-1st degree, and possession of firearm by certain persons, in criminal case CR-2005-339-2;

4. In Jefferson County Circuit Court for possession of firearm by certain persons, in criminal case CR-2010-462-5;

5. In Jefferson County Circuit Court for aggravated assault-family or household member, in criminal case CR-2012-359-5; and

6. In Jefferson County Circuit Court for battery-2nd degree, in criminal case CR-2012-547-5.

  B. The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

  C. On or about July 16, 2016, in the Eastern District of Arkansas, the defendant

JAMEL CAIN,

did knowingly possess the following firearms and ammunition, in and affecting commerce, to wit:

  (1) a Taurus, model PT140, .40 caliber pistol, serial SVG42000;

  (2) a Smith & Wesson, model 4043, .40 caliber pistol, serial number VAC2753; and

  (3) six (6) rounds of .45 Auto PPU ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

[End of Text.   Signature page attached.]