# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                                          NO.  4:16CR00263-01 BSM

JAMEL CAIN

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the ADC - Grimes Unit and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of JAMEL CAIN - ADC# 134571 detained in the ADC - Grimes Unit, Newport, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on December 20, 2016 at 2:00 p.m., before the Honorable Patricia Harris, and after the proceedings have been concluded, that you return JAMEL CAIN to ADC - Grimes Unit under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 14 December 2016.

_____
UNITED STATES MAGISTRATE JUDGE