FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 12 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.   Case No.

JAMEL CAIN   4:16CR00263-01 BSM

## WAIVER OF RIGHTS UNDER INTERSTATE AGREEMENT ON DETAINERS

Jamel *Edward Cain* Defendant, personally and through his/her undersigned attorney, freely and voluntarily (agrees)/ does **not** agree to waive any right or claim Defendant may have under the Interstate Agreement on Detainers[1] (1) to remain in the custody of the United States Marshal for the Eastern District of Arkansas, and (2) to dismissal of this case because Defendant was returned to the previous place of incarceration before the completion of trial in this case.[2]

Upon execution of this agreement, Defendant will be returned to Defendant's previous place of incarceration pending further proceedings in this case.

DEFENDANT: _____ Date 12-20-2016
(Signature)

ATTORNEY: Chris Tarver / *Chris Tarver* _____ Date 12-20-16
(Print and sign)

*Please circle agrees/does not agree*

Note: The United States Marshal is directed to provide the completed waiver to the Clerk of the Court for the Eastern District of Arkansas.

---

[1] 18 U.S.C.A. App. 2 § 2 Art. III.

[2] 18 U.S.C.A. App. 2 § 2 Art. IV(e).